UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **TELEM FAIRCHILD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | Case No. 1:23-cv-01972 |
| | ) | |
| **P.O. STRAZZANTE #8496, P.O.** | ) | Honorable Judge Mary M. Rowland |
| **MCDERMOTT #6435, P.O.** | ) | |
| **MCGRONE #11644,** | ) | Magistrate Judge Jeffrey I. Cummings |
| **and the CITY OF CHICAGO,** | ) | |
| **a Municipal Corporation.** | ) | JURY DEMANDED |
| | ) | |
| **Defendants.** | ) | |

## SECOND AMENDED COMPLAINT

**NOW COMES** the Plaintiff, TELEM FAIRCHILD, by and through his attorneys, GREGORY E. KULIS & ASSOCIATES, LTD., complaining against the Defendants, P.O. STRAZZANTE #8496, P.O. MCDERMOTT #6435, P.O. MCGRONE #11644, and the CITY OF CHICAGO, a Municipal Corporation, as follows:

## COUNT I – FALSE ARREST

1. This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff and accomplished by acts and/or omissions of the Defendants committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331, and supplemental Jurisdiction of the State of Illinois.

3. The Plaintiff, TELEM FAIRCHILD, was at all relevant times a United States citizen and permanent resident of the State of Illinois.

4. The Defendants, P.O. STRAZZANTE #8496, P.O. MCDERMOTT #6435, P.O. MCGRONE #11644, were at all relevant times duly appointed Chicago Police Officers for the CITY OF CHICAGO and were acting within the scope of their employment and under color of law.

5. On April 13, 2021, the Plaintiff was in the vicinity of the 2600 Block of East 83rd St. in Chicago, Illinois.

6. The Plaintiff was not breaking any laws, was not committing any crimes, and was not wanted under any warrant.

7. Defendant Officers approached the Plaintiff, attacking him, and taking him into custody.

8. There was no probable cause to take the Plaintiff into custody in handcuffs and transported to the police station.

9. The Plaintiff was detained without probable cause and then taken into custody.

10. As a result of the actions of the defendant officers, the Plaintiff was injured.

11. Said actions were intentional, willful, and wanton.

12. Said actions of Defendants, P.O. STRAZZANTE #8496, P.O. MCDERMOTT #6435, P.O. MCGRONE #11644, and INSPECTOR CUNDIFF, violated the Plaintiff, TELEM FAIRCHILD'S, Fourth and Fourteenth Amendment Rights of the United States Constitution as protected by 42 U.S.C. §1983.

13. As a direct and proximate consequence of Defendants, P.O. STRAZZANTE #8496, P.O. MCDERMOTT #6435, P.O. MCGRONE #11644, and INSPECTOR CUNDIFF, above-described conduct, the Plaintiff, TELEM FAIRCHILD, suffered violations of his constitutional rights, emotional anxiety, fear, pain, suffering, monetary loss and expense.

**WHEREFORE**, the Plaintiff, TELEM FAIRCHILD, prays for judgment against the Defendant, P.O. STRAZZANTE #8496, P.O. MCDERMOTT #6435, and P.O. MCGRONE #11644, for reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT II– EXCESSIVE FORCE

1-13.   The Plaintiff realleges and incorporates the allegations contained in paragraphs 1-13 of Count I as his respective allegations of paragraphs 1-13 of Count II as though fully set therein.

14.   The Defendants, without provocation, threw the Plaintiff to the ground.

15.   The Defendants, without provocation, put their knees on Plaintiff's back.

16.   The Defendants punched Plaintiff in the face.

17.   The Defendants' use of force was unreasonable.

18.   The Defendants' use of force was excessive.

19.   The Defendant's actions constituted a violation of the Plaintiff's Fourth Amendment rights protected by 42 USC 1983 and enforced by the Fourteenth Amendment.

20.   As a result of the actions of the Defendants, the Plaintiff suffered fear, anxiety, pain and suffering, emotional distress, and money damages.

**WHEREFORE**, the Plaintiff, TELEM FAIRCHILD, prays for judgment against the Defendant, P.O. STRAZZANTE #8496, P.O. MCDERMOTT #6435, and P.O. MCGRONE #11644, for reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT III– CITY OF CHICAGO/INDEMNIFICATION

1-20.   The Plaintiff realleges and incorporates the allegations contained in paragraphs 1-20 of Count I-II as his respective allegations of paragraphs 1-20 of Count III as though fully set therein.

21.   Defendant CITY OF CHICAGO is a duly credited municipality of the state of Illinois.

22.   Illinois law, 5 ILCS 350/2, provides that public entities are directed to pay any tort

judgment for compensatory damages for which employees are liable within the scope of their employment activities.

23. The Defendants, P.O. STRAZZANTE #8496, P.O. MCDERMOTT #6435, P.O. MCGRONE #11644, were employees of the CITY OF CHICAGO, acting within the scope of their employment in committing the misconduct described herein.

**WHEREFORE**, should the Defendants, P.O. STRAZZANTE #8496, P.O. MCDERMOTT #6435, P.O. MCGRONE #11644, be found liable for any of the acts alleged above, Defendants and/or the CITY OF CHICAGO would be liable to pay the Plaintiff, FAIRCHILD, any judgment obtained against said officers. Plaintiff prays for judgment against the individual Defendant Officers and Defendant CITY OF CHICAGO for reasonable compensatory and punitive damages, as well as attorney's fees & costs.

## JURY DEMAND

The Plaintiff, TELEM FAIRCHILD, hereby requests a trial by jury.

Respectfully Submitted,

TELEM FAIRCHILD

By: */s/ Gregory E. Kulis*
One of Plaintiff's Attorneys

**Gregory E. Kulis (Atty. No. 6180966)**
**Gregory E. Kulis & Associates, Ltd.**
**134 North LaSalle Street, Suite 444**
**Chicago, Illinois 60602**
**p. (312) 580-1830 / f. (312) 580-1839**
**e. gkulis@kulislawltd.com**
**e. service@kulislawltd.com**