# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| TELEM FAIRCHILD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 1:23-cv-01972 |
| | ) | |
| P.O. STRAZZANTE #8496, P.O. | ) | Honorable Judge Mary M. Rowland |
| MCDERMOTT #6435, P.O. | ) | |
| MCGRONE #11644, | ) | Magistrate Judge Jeffrey I. Cummings |
| and the CITY OF CHICAGO, | ) | |
| a Municipal Corporation. | ) | JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING OF SECOND AMENDED COMPLAINT

TO:

    Scott A. Cohen
    Jordan F. Yurchich
    **City of Chicago Department of Law**
    2 N. La Salle St., Suite 420
    Chicago IL 60602
    p. (312) 744-1625
    e. jordan.yurchich2@cityofchicago.org
    e. scott.cohen@cityofchicago.org

    **PLEASE TAKE NOTICE** that on April 17, 2024, I caused to be filed with the Clerk of the Northern District of Illinois, **Plaintiff's Second Amended Complaint** a copy which is attached hereto.

                                                        */s/ Kenneth Y. Hurst*
                                                        Kenneth Y. Hurst

**Gregory E. Kulis & Associates, Ltd.**
**134 North LaSalle Street, Suite 444**
**Chicago, Illinois 60602**
**(312) 540-1830**
e. service@kulislawltd.com

## **CERTIFICATE OF SERVICE**

  **PLEASE TAKE NOTICE** that on April 17, 2024, I, Zoe Swenson, served the attached document(s) upon the aforementioned address(es) by electronically filing this notice with the United States District Court on the above-mentioned date.

                   */s/ Zoe Swenson*
                   Zoe Swenson